Dismissed and Memorandum Opinion filed January 6, 2005









Dismissed and Memorandum Opinion filed January 6,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00627-CV

____________

 

IN THE INTEREST OF S.M.M.

 



 

On Appeal from the
309th District Court

 Harris County, Texas

Trial Court Cause
No. 02‑47785 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 30, 2004.

On December 9, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 6, 2005.

Panel consists of Justices Yates,
Edelman, and Guzman.